# First District Court of Appeal
## State of Florida

_____

No. 1D17-3711
_____

NICHOLAS J. KOSTELNY and
JULIANNE L. KOSTELNY,

     Appellants,

     v.

BLUEWATER BAY RESORT, LLC,
and EUROPCO MANAGEMENT
COMPANY OF AMERICA, LLC,

     Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

September 27, 2018

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, C.J, and MAKAR and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Nicholas J. Kostelny and Julianne L. Kostelny, pro se, Appellants.

Leslie D. Sheekley of Hand Arendall Harrison Sale, LLC, Destin, for Appellees.